Michael G. Kasolas
PO Box 27526
San Francisco CA 94127-0526

Telephone: (415) 504-1926



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

LIAN, JIA LIN and
YANG, CHENG JIE

Debtor(s)

Case No. 19-41074 WJL

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE ABOVE-ENTITLED COURT

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $10,436.34. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 2 | WELLS FARGO BANK NA<br>PAYMENT REMITTANCE CENTER<br>POB 51174<br>LOS ANGELES CA 90051 | $27,055.22 | $ 20.81 |
| 3 | WELLS FARGO BANK NA<br>PAYMENT REMITTANCE CENTER<br>POB 51174<br>LOS ANGELES CA 90051 | $10,583.73 | $ 8.14 |
| 4 | WELLS FARGO BANK NA<br>PAYMENT REMITTANCE CENTER<br>POB 51174<br>LOS ANGELES CA 90051 | $16,044.02 | $ 12.34 |
| 14 | HAIXIA TANG<br>108 ROSE LANE<br>SAN JOSE CA 95127 | $ 500.10 | $ .39 |
| 21 | GUANGLIN WEN<br>1020 DOLORES ST APT 33<br>LIVERMORE CA 94550 | $36,500.00 | $ 28.08 |

| | | | |
|---|---|---|---|
| 29 | HONGYU TAN<br>79 XINSHI ROAD<br>BANAN DISTRICT CHONGQING CITY<br>P.R. CHINA, ZIP 401320 | $52,941.00 | $10,307.86 |
| 29 | HONGYU TAN<br>79 XINSHI ROAD<br>BANAN DISTRICT CHONGQING CITY<br>P.R. CHINA, ZIP 401320 | $52,941.00 | $ 40.72 |
| 35 | YIXIANG JING<br>2460 ASCOT WAY<br>UNION CITY CA 94587 | $23,400.00 | $ 18.00 |

<u>Total Unclaimed Dividends</u>     <u>$10,436.34</u>

Dated: September 16, 2021

/s/ Michael G. Kasolas
MICHAEL G. KASOLAS, TRUSTEE

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30067181 - JB

September 20, 2021
     14:00:07

      UNCLAIM
  19-41074-WJL7
Debtor.: JIA LIN LIAN
Trustee: Michael Kasolas
Amount.:          $10,436.34 CH
Check#.: 1069



Total-> $10,436.34


FROM: MICHAEL G KASOLAS
```

Michael G. Kasolas
Chapter 7 Trustee
POB 27526
San Francisco CA 94127-0526

SAN FRANCISCO CA 940

17 SEP 2021 PM 2 L

RECEIVED
SEP 20 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
ATTN UNCLAIMED DIVIDENDS
450 GOLDEN GATE AVE
MAIL BOX 36099
SAN FRANCISCO CA 94102

94102-341024